No. 90–6358. GUEDEL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 90–6359. MUTH v. CENTRAL BUCKS SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6362. GROHOLSKI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6366. PIEPER v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 90–6376. FLETCHER v. MEMPHIS POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6419. HANSEN v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 90–6431. GROHOLSKI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6436. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6437. BAKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6438. EDWARDS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6439. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6442. MONTALVO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6447. BEVERLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6454. HINDMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6458. NOLEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.